JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIA DEL SOCORRO CASTRILLO RODRIGUEZ,<br><br>     Petitioner,<br><br>     v.<br><br>WARDEN, ETC., ET AL.,<br><br>     Respondents. | No. ED CV 26-3318-E<br><br>JUDGMENT |

Pursuant to the "Order Granting Petition for Writ of Habeas Corpus," it is adjudged that:

(1) Respondents must release Petitioner (A# 246-395-523) from detention immediately, on the same conditions of supervision existing prior to Petitioner's April 22, 2026 re-detention; and

(2) Respondents are enjoined from any further re-detention of Petitioner, absent at least seven (7) days prior notice and a pre-detention hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

DATED: June 24, 2026.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE